**EXHIBIT B**

**From:** Jacobs, Howard S.
**Sent:** Tuesday, January 26, 2010 8:55 AM
**To:** MHlavsa@signaturegaming.com
**Cc:** Wellner, Keith; Santo, Fred M.; Weiss, Robert
**Subject:** FW: KMR Fee Wire Instructions


Michael--- As Keith Wellner mentioned to you in his email last week, January 31st is the end of our fiscal year. We would appreciate it if you could pay our invoice before Friday. If you want to wire the funds , I have attached our wiring instructions. If you are going to send a check we would appreciate it if you could fedex it to us. We appreciate your consideration of this matter. If you have questions please contact me.

**HOWARD S. JACOBS**
Partner
Katten Muchin Rosenman LLP
575 Madison Avenue / New York, NY 10022-2585
p / (212) 940-8505 f / (212) 894-5505
howard.jacobs@kattenlaw.com / www.kattenlaw.com