**EXHIBIT C**



**Katten**
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:
**Tracie Chin**
212-940-6497
FEIN: 36-2796532

575 Madison Avenue
New York, NY 10022-2585

January 22, 2010

Wimbledon Financing Master Fund Limited
Attn: Carolyn D'Alessio
c/o Weston Capital Management LLC
264 Riverside Avenue
Westport, CT 06880

Invoice No. 1300718849
Client No. 342390

Wimbledon Real Estate Financing Master Fund Ltd.
c/o Weston Capital Management LLC
264 Riverside Avenue
Westport, CT 06880

Re:     **Sale Transaction** Firm Matter No. (00001)

**FOR PROFESSIONAL SERVICES RENDERED** through January 22, 2010 in connection with the acquisition of the assets of Wimbledon Financing Master Fund Ltd. and Wimbledon Real Estate Financing Master Fund Ltd., including review, negotiation and drafting of Asset Purchase Agreements, Share Exchange Agreements, Management Agreements, Registration Rights Agreement, Proxy Statements, Form 6-K filing and related documentation ................................................... $196,000.00

**CURRENT INVOICE CHARGES:**  $196,000.00

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).



**Katten**
Katten Muchin Rosenman LLP

*Direct Billing Inquiries to:*
**Tracie Chin**
*212-940-6497*
*FEIN: 36-2796532*

*575 Madison Avenue*
*New York, NY 10022-2585*

February 18, 2010

Wimbledon Financing Master Fund Limited
Attn: Carolyn D'Alessio
c/o Weston Capital Management LLC
264 Riverside Avenue
Westport, CT 06880

Invoice No. 1300724910
Client No. 342390

Wimbledon Real Estate Financing Master Fund Ltd.
c/o Weston Capital Management LLC
264 Riverside Avenue
Westport, CT 06880

---

Re:    **Sale Transaction** Firm Matter No. (00001)

For legal services rendered through January 31, 2010........................... $10,592.00

**CURRENT INVOICE CHARGES:**    $10,592.00

**PRIOR UNPAID BALANCE (See Remittance Page for Detail):**    $196,000.00

**TOTAL BALANCE DUE:**    $206,592.00

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).



Direct Billing Inquiries to:
**Anna Baptiste**
212-940-6702
FEIN: 36-2796532

575 Madison Avenue
New York, NY 10022-2585

March 17, 2010

Wimbledon Financing Master Fund Limited
Attn: Carolyn D'Alessio
c/o Weston Capital Management LLC
264 Riverside Avenue
Westport, CT 06880

Invoice No. 1300732934
Client No. 342390

Wimbledon Real Estate Financing Master Fund Ltd.
c/o Weston Capital Management LLC
264 Riverside Avenue
Westport, CT 06880

Re:     <u>Sale Transaction</u> Firm Matter No. (00001)

For legal services rendered through February 28, 2010 .......................... $7,544.00

CURRENT INVOICE CHARGES: $7,544.00

PRIOR UNPAID BALANCE (See Remittance Page for Detail): $206,592.00

TOTAL BALANCE DUE: $214,136.00

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).



Direct Billing Inquiries to:
**Anna Baptiste**
212-940-6702
FEIN: 36-2796532

575 Madison Avenue
New York, NY 10022-2585

May 19, 2010

Wimbledon Financing Master Fund Limited
Attn: Carolyn D'Alessio
c/o Weston Capital Management LLC
264 Riverside Avenue
Westport, CT 06880

Invoice No. 1300750877
Client No. 342390

Wimbledon Real Estate Financing Master Fund Ltd.
c/o Weston Capital Management LLC
264 Riverside Avenue
Westport, CT 06880

Re:  **Sale Transaction** Firm Matter No. (00001)

For legal services rendered through April 30, 2010 ................................ $244.50

Disbursements.................................................................................. $87.59

**CURRENT INVOICE CHARGES:** $332.09

**PRIOR UNPAID BALANCE (See Remittance Page for Detail):** $189,136.00

**TOTAL BALANCE DUE:** $189,468.09

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).