# EXHIBIT D

**From**: Michael Hlavsa <mhlavsa@gerova.com>
**To**: Jacobs, Howard S.
**Cc**: 'Joe Bianco' <jjbianco@aya.yale.edu>
**Sent**: Tue Apr 27 22:03:18 2010
**Subject**: RE: Outstanding Payable

Howard:
Thank you for listening this morning. As promised, I want to formalize what I indicated to you in our conversation.

We are having some cash difficulties but we believe that a slug of capital is coming to us in the next week. I committed to you that out of that money we would provide to you a partial payment toward the amount that we owe the firm.

Subsequent to that, it is our intention to pay the entire amount as quickly as cash becomes available. We appreciate your patience and we will get you paid.
Michael

**MICHAEL HLAVSA**
**Chief Financial Officer**
**GEROVA Financial Group, Ltd.**
Metropolitan House
20 Brindley Road
Manchester M16 9HQ
United Kingdom
Main telephone: +44 161 886 4764
Direct: 954-727-1925 | Cell: 954-868-7366
Email: mhlavsa@gerova.com