# EXHIBIT E

**From:** Michael Hlavsa <mhlavsa@gerova.com>
**To:** Jacobs, Howard S.
**Cc:** 'Joe Bianco' <jjbianco@aya.yale.edu>
**Sent:** Wed May 12 16:47:35 2010
**Subject:** Payment

Howard:

I wanted you to know that I wired to the firm $25,000 last night. Please make sure it got recorded.
Michael

**MICHAEL HLAVSA**
**Chief Financial Officer**
**GEROVA Financial Group, Ltd.**
Metropolitan House
20 Brindley Road
Manchester M16 9HQ
United Kingdom
Main telephone: +44 161 886 4764
Direct: 954-727-1925 | Cell: 954-868-7366
Email: mhlavsa@gerova.com