Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
  Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



**SERVING by IRVING INC.**

*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
President

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

February 14, 2011

ATTN:   JOHN P. GREER

KATTEN MUCHIN ROSENMAN LLP
575 MADISON AVENUE
NEW YORK, NEW YORK 10022

INVOICE # MF-10384

| **PLAINTIFF** | **DEFENDANT** | **SERVICE** | **CHARGE** |
|---|---|---|---|
| Katten Muchin Rosenman LLP | Gerova Financial Group Limited | Sum. & Compl. Emergency Personal Service On Gerova Financial Group Limited By Personally Serving Joe Blanco | $ 550.00 |
| | | 3 Hours | |
| | | Attempted Service At Given Address | $ 250.00 |
| | | TOTAL BILL: | $ 800.00 |
| | | -15% Discount | $ 120.00 |
| | | **BALANCE:** | $ 680.00 |

*OK. To Pay*

*# 299000-04442*

*2/23/11*

*Tom Kirby*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE - LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

*2/23/11*