UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

KATTEN MUCHIN ROSENMAN LLP,

                Plaintiff,        1:11-cv-00867-PGG

   - against -                 **CLERK'S CERTIFICATE**

GEROVA FINANCIAL GROUP LIMITED,

                Defendant.
------------------------------------x

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 8, 2011 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant on February 10, 2011 by personal service upon Joe Bianco, defendant's Chief Executive Officer pursuant to CPLR § 311(a)(1), and proof of such service thereof was filed on February 17, 2011.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

MAR 14, 2011

                                          RUBY J. KRAJICK
                                          Clerk of the Court

                                By: _____
                                          Deputy Clerk

84510215v1