UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KATTEN MUCHIN ROSENMAN LLP,                          :

              Plaintiff,                  :   1:11-cv-00867-PGG

           - against -                          :   <u>DEFAULT JUDGMENT</u>

GEROVA FINANCIAL GROUP LTD,                          :

              Defendant.                  :

------------------------------------- x

       This action having been commenced on February 8, 2011 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant by personal service upon its Chief Executive Officer pursuant to CPLR § 311(a)(1) on February 10, 2011, and a proof of service having been filed on February 17, 2011 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of ONE HUNDRED EIGHTY NINE THOUSAND, FOUR HUNDRED AND SIXTY EIGHT DOLLARS AND NINE CENTS ($189,468.09) plus interest at 9% from May 19, 2010, amounting to TWO HUNDRED AND THREE THOUSAND, TWO HUNDRED AND NINETY SIX DOLLARS AND FIFTY SIX CENTS ($203,296.56), plus costs and disbursements of this action in the amount of ONE THOUSAND AND FIFTY DOLLARS ($1,050) amounting in all to TWO HUNDRED AND FOUR THOUSAND, THREE HUNDRED AND FORTY SIX DOLLARS AND FIFTY SIX CENTS ($204,346,56).

84511316v1

Dated: New York, New York

_____

_____
U.S.D.J.