UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

KATTEN MUCHIN ROSENMAN LLP,

    Plaintiff,        :   1:11-cv-00867 (PGG)(HBP)

  - against -           :   **STIPULATION OF**
                   **DISCONTINUANCE WITH**
GEROVA FINANCIAL GROUP LTD,   :   **PREJUDICE**

    Defendant.

------------------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED** pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys for Plaintiff Katten Muchin Rosenman LLP and Defendant Gerova Financial Group, Ltd., that the above-captioned action hereby is dismissed with prejudice and without costs to Plaintiff or Defendant.

Dated: November 8, 2011

| KATTEN MUCHIN ROSENMAN LLP | SPILLANE WEINGARTEN LLP |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Joel W. Sternman (JWS 0239) | Alex Weingarten |
| Daniel A. Edelson (DE 1830) | Eric Carlson |
| 575 Madison Ave. | 10866 Wilshire Blvd. |
| New York, New York 10022 | Suite 500 |
| (212) 940-8800 | Los Angeles, CA 90024 |
| Attorneys for Plaintiff | (310) 229-9300 |
| Katten Muchin Rosenman LLP | Attorneys for Defendant |
| | Gerova Financial Group Limited |

NYC01_84567456v1